# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 16, 2007

131439-40

AUTO CLUB GROUP INSURANCE
COMPANY,
      Plaintiff-Appellee,

v

CHRISTOPHER MICHAEL BUERKEL,
KAREN BOSHAW-WEAVER and AMIE
R. SMITH,
      Defendants-Appellees,
and

STATE LANES, INC.,
      Defendant-Appellant.
_____/

AMIE R. SMITH,
      Plaintiff,

v

CHRISTOPHER MICHAEL BUERKEL,
      Defendant/Cross-Defendant,
and

KAREN LYNN BOSHAW-WEAVER,
      Defendant-Appellee,

and

STATE LANES, INC.,
      Defendant/Cross-Plaintiff-
      Appellant.
_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131439
COA: 258240
Saginaw CC: 03-049653-CZ

SC: 131440
COA: 260775
Saginaw CC: 03-047815-NI

On March 6, 2007, the Court heard oral argument on the application for leave to appeal the March 21, 2006 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 16, 2007

p0313

_____
Clerk